| | |
|---|---|
| 1 | TONY WEST |
|   | Assistant Attorney General, Civil Division |
| 2 | DAVID J. KLINE |
|   | Director, District Court Section |
| 3 | Office of Immigration Litigation |
|   | SAMUEL P. GO |
| 4 | Senior Litigation Counsel |
|   | MELANIE S. KEIPER, IA SBN 16206 |
| 5 | Trial Attorney |
|   |     P.O. Box 868, Ben Franklin Station |
| 6 |     Washington, D.C.  20044-0868 |
|   |     Telephone: (202) 532-4112; FAX: (202) 305-7000 |
| 7 | |
|   | Attorneys for Defendants |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIGNESH J. JARIWALA, | No. 10-CV-4383 (LHK) |
| Plaintiff, | **STIPULATION TO EXTEND TIME WITHIN WHICH THE DEFENDANTS MUST FILE AN ANSWER AND ORDER** |
| v. | |
| JANET NAPOLITANO, et al., | |
| Defendants. | |

Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to a forty-five day extension of time within which the Defendants must serve its answer in the above-entitled action.

///

///

///

///

Stipulation to Extend Time
C 10-4383 LHK                                                    1

Defendants will file their response on or before January 13, 2011.

Dated: November 18, 2010

Respectfully submitted,

TONY WEST
Assistant Attorney General, Civil Division
DAVID J. KLINE
Director, District Court Section
Office of Immigration Litigation
SAMUEL P. GO
Senior Litigation Counsel

MELANIE S. KEIRER, IA SBN 16206
Trial Attorney
P.O. Box 868, Ben Franklin Station
Washington, D.C.  20044-0868
Telephone: (202) 532-4112
FAX: (202) 305-7000
Attorneys for Defendants

Dated: November 18, 2010

MARIE KAYAL
VALERIE LU LY
Immigration Practice Group
555 Clay Street
San Francisco, CA 94111
Attorneys for Plaintiff

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: December 6, 2010

LUCY H. KOH
United States District Judge

Stipulation to Extend Time
C 10-4383 LHK

2